UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**DERRICK RODNEY, JEROME BATISTE, and COURTNEY WATSON**

VERSUS

**ELLIOTT SECURITY SOLUTIONS, LLC; IAN KENNARD; DARRIN ELLIOTT, SR.; and DAYONE ELLIOTT**

CIVIL ACTION

NO: 19-11890

SECTION: T(4)

### ORDER

Before the Court is a Report and Recommendation[1] issued by Magistrate Judge Karen Wells Roby recommending the Motion for Attorney's Fees[2] filed by Plaintiffs Derrick Rodney, Jerome Batiste, and Courtney Watson ("Plaintiffs") be **GRANTED** and that the Plaintiffs be awarded reasonable attorney's fees in the amount of **$22,003.42**. Plaintiffs have filed objections[3] to the Report and Recommendation,[4] and Defendants, Elliott Security Solutions, LLC; Ian Kennard; Darrin Elliott, Sr.; and Dayone Elliott, filed a response[5] to Plaintiffs' objections. Considering the record, the applicable law, and the Magistrate Judge's Report and Recommendation, the Court hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly, **IT IS ORDERED** that the Motion for Attorney's Fees[6] filed by Plaintiffs Derrick Rodney, Jerome Batiste, and Courtney Watson ("Plaintiffs") is **GRANTED** and the Plaintiffs are awarded reasonable attorney's fees in the amount of **$22,003.42**. **IT IS FURTHER**

---

[1] R. Doc. 85.
[2] R. Doc. 73.
[3] R. Doc. 86.
[4] R. Doc. 85.
[5] R. Doc. 87.
[6] R. Doc. 73.

**ORDERED** that Defendants and their counsel shall satisfy their obligation to the Plaintiffs no later than twenty-one (21) days after the signing of this order.

**New Orleans, Louisiana**, on this 17th day of August, 2020.

                                             _____
                                                  **GREG GERARD GUIDRY**
                                              **UNITED STATES DISTRICT JUDGE**